IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

TONY DAVIS                                                                                        PLAINTIFF

V.                                      CIVIL ACTION NO.: 4:18CV54-GHD-DAS

SUPT. MARSHALL TURNER, ET AL.                                                DEFENDANTS

## FINAL JUDGMENT

In accordance with the Order entered this day, Defendants' motions for summary judgment [52 & 54] are **GRANTED,** and all Defendants are fully and finally dismissed from this action with prejudice. This case is **CLOSED.**

**SO ORDERED,** this 10 day of June, 2019.

GLEN H. DAVIDSON
SENIOR U.S. DISTRICT JUDGE